IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00448-DDD-NRN

ARMANDO TABORA ALVARADO,

     Petitioner,

v.

DENVER FIELD OFFICE DIRECTOR, Immigration and Customs Enforcement and
Removal Operations (ICE/ERO);
ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE);
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE);
U.S. SECRETARY OF HOMELAND SECURITY;
U.S. DEPARTMENT OF HOMELAND SECURITY (DHS);
ATTORNEY GENERAL OF THE UNITED STATES; and
WARDEN OF DENVER CONTRACT DETENTION FACILITY,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed June 29, 2026, and the Order, entered July 17, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 17th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
             Robert R. Keech,
             Deputy Clerk